UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KENNETH ANTWAN ARTIS,

                Plaintiff,

v.

KENT COUNTY SHERIFF'S OFFICE
et al.,

                Defendants.
_____/

Case No. 1:25-cv-1369

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).


Dated:   July 16, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge